MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
James A. Goeke
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 20 2016

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 2:16-CR-211-TOR |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | Vio: 26 U.S.C. §§ 5841, 5861(d), 5871, Possession of an Unregistered Destructive Device (Count 1) |
| ADRIAN LEROY SEYMORE, | |
| Defendant. | 26 U.S.C. §§ 5822, 5861(f), and 5871; 18 U.S.C. § 2, Making a Destructive Device (Count 2) |
| | Forfeiture Allegations 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c) |

The Grand Jury Charges:

### COUNT 1

On or about the October 18, 2016, in the Eastern District of Washington, the Defendant, ADRIAN LEROY SEYMORE, knowingly received and possessed a firearm, to wit: a destructive device consisting of a gasoline-filled bottle with a

INDICTMENT – 1

cloth fuse commonly known as a Molotov cocktail, not registered to him in the National Firearms Registration and Transfer Record, all in violation of 26 U.S.C. §§ 5841, 5861(d), and 5871.

## COUNT 2

On or about October 18, 2016, in the Eastern District of Washington, the Defendant, ADRIAN LEROY SEYMORE, knowingly made a firearm, to wit: a destructive device consisting of a gasoline-filled bottle with a cloth fuse commonly known as a Molotov cocktail, and aided and abetted the making of the same firearm, all in violation of 26 U.S.C. §§ 5822, 5861(f), 5871, and 18 U.S.C. § 2.

## Notice of Criminal Forfeiture Allegations

The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c).

Upon conviction of the offense(s) set forth in Counts 1 and 2 of this Information, Defendant ADRIAN LEROY SEYMORE, shall forfeit to the United States pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c) any destructive devices involved in the commission of the offense(s).

If any of the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

INDICTMENT – 2

then the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

All pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c).

DATED this 20th day of December, 2016.

A TRUE BILL

*[signature]*
_____
MICHAEL C. ORMSBY
United States Attorney

*[signature]*
_____
James A. Goeke
Assistant United States Attorney

INDICTMENT – 3