PROB 12C
(6/16)

Report Date: April 28, 2020

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 30, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Adrian Laroy Seymore                Case Number: 0980 2:16CR00211-TOR-1

Address of Offender: ███████████████████ Airway Heights, Washington 99001

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: November 7, 2017

Original Offense:        Cyberstalking  18 U.S.C. §§ 2261A (2)(A) & 2261(b)(5)

Original Sentence:       Prison - 46 months           Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     James A. Goeke               Date Supervision Commenced: February 10, 2020

Defense Attorney:        Matthew A. Campbell          Date Supervision Expires: February 9, 2023

---

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Seymore is alleged to have violated his conditions of supervised release by failing to attend his intake appointment at Pioneer Human Services (PHS) to begin drug and alcohol treatment on April 22 and 28, 2020.

On February 10, 2020, the conditions of supervision were reviewed with Mr. Seymore, relative to case number 2:16CR00211-TOR-1.  He signed his judgment acknowledging an understanding of his conditions of supervision.

On April 16, 2020, Mr. Seymore participated in a drug and alcohol assessment at PHS.  The recommendation was for Mr. Seymore to participate in intensive outpatient treatment. On April 22, 2020, the undersigned officer was informed by PHS staff that Mr. Seymore was a no show for his intake appointment.  When the undersigned officer confronted him on the "no show" he stated he "over slept" and had rescheduled the appointment for April 28, 2020.

Prob12C
**Re: Seymore, Adrian Laroy**
**April 28, 2020**
**Page 2**

        On April 28, 2020, PHS staff informed this officer that Mr. Seymore was yet again not present for his intake appointment

2     **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: On April 9, 2020, it is alleged that Mr. Seymore consumed methamphetamine.

    On February 10, 2020, the conditions of supervision were reviewed with Mr. Seymore, relative to case number 2:16CR00211-TOR-1. He signed his judgment acknowledging an understanding of his conditions of supervision.

    On April 9, 2020, the undersigned officer directed Mr. Seymore to PHS to submit to random urinalysis testing. The urine sample was presumptive positive for methamphetamine, and later confirmed positive by Alere Toxicology.

3     **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence** Mr. Seymore failed to submit to random urinalysis testing as directed on April 22, 2020.

    On February 10, 2020, the conditions of supervision were reviewed with Mr. Seymore, relative to case number 2:16CR00211-TOR-1. He signed his judgment acknowledging an understanding of his conditions of supervision.

    On April 23, 2020, the undersigned officer was notified that Mr. Seymore had failed to appear for random urinalysis testing as directed at PHS on April 22, 2020. In response, the undersigned officer contacted Mr. Seymore, who stated "he forgot what his color was."

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/28/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
**Re: Seymore, Adrian Laroy**
**April 28, 2020**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[✓]  The Issuance of a Summons
[ ]  Other

_____
Thomas O. Rice
Chief United States District Judge
April 30, 2020
Date