PROB 12C
(6/16)

Report Date: May 20, 2020

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 27, 2020

SEAN F. MCAVOY, CLERK

Name of Offender: Adrian Laroy Seymore          Case Number: 0980 2:16CR00211-TOR-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: November 7, 2017

Original Offense:     Cyberstalking, U.S.C. §§ 2261A (2)(A) & 2261(b)(5)

Original Sentence:    Prison - 46 months              Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  James A. Goeke                  Date Supervision Commenced: February 10, 2020

Defense Attorney:     Matthew A. Campbell             Date Supervision Expires: February 9, 2023

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/30/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**:  Mr. Seymore failed to submit to random urinalysis testing as directed on May 4 and 19, 2020.<br><br>On February 10, 2020, the conditions of supervision were reviewed with Mr. Seymore, relative to case number 2:16CR00211-TOR-1.  He signed his judgment acknowledging an understanding of his conditions of supervision.<br><br>On May 4 and 19, 2020, the color for random urinalysis testing at Pioneer Human Services was gold 3, Mr. Seymore's assigned color for urinalysis testing.  On both May 4 and 19, 2020, Mr. Seymore failed to appear for urine testing, as directed. |

Prob12C
**Re: Seymore, Adrian Laroy**
**May 20, 2020**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/20/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Thomas O. Rice* (signature)

Thomas O. Rice
Chief United States District Judge
May 27, 2020

Date