PROB 12C
(6/16)

Report Date: June 11, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 12, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Adrian Laroy Seymore        Case Number: 0980 2:16CR00211-TOR-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: November 7, 2017

Original Offense:        Cyberstalking, U.S.C. U.S.C. §§ 2261A (2)(A) & 2261(b)(5)

Original Sentence:       Prison - 46 months            Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     James A. Goeke                Date Supervision Commenced: February 10, 2020

Defense Attorney:        Molly Marie Winston           Date Supervision Expires: February 9, 2023

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/30/2020 and 05/27/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

5 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Seymore is alleged to have used methamphetamine on or about June 8, 2020.

On February 10, 2020, the conditions of supervision were reviewed with Mr. Seymore relative to case number 2:16CR00211-TOR-1. He signed his judgment acknowledging an understanding of his conditions of supervision.

On June 11, 2020, Mr. Seymore reported to the U.S. Probation Office at the direction of the undersigned officer to submit to urinalysis testing. He informed this officer that the urine sample would be positive for methamphetamine, and admitted to using methamphetamine on June 8, 2020. He signed a drug use admission form.

Prob12C
**Re: Seymore, Adrian Laroy**
**June 11, 2020**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/11/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
Chief United States District Judge
June 12, 2020
Date