Report Date: July 15, 2021

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 15, 2021

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Adrian Laroy Seymore     Case Number: 0980 2:16CR00211-WFN-1

Address of Offender:     Washington 99003

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, U.S. District Judge

Date of Original Sentence: November 7, 2017

Original Offense:     Cyberstalking, U.S.C. §§ 2261A (2)(A) & 2261(b)(5)

Original Sentence:     Prison - 46 months     Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:     James Goeke     Date Supervision Commenced: February 10, 2020

Defense Attorney:     Roger Peven     Date Supervision Expires: February 9, 2023

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or taser). |
| | **Supporting Evidence**: It is alleged that Adrian Seymore violated the terms of his supervised release by being in possession of a dangerous weapon on or about July 7, 2021. |
| | On February 10, 2020, supervision commenced in this matter. That same day, Mr. Seymore appeared for a supervision intake. The conditions of supervision were reviewed with him. He signed his judgment acknowledging an understanding of the conditions imposed by the Court, to include the above noted standard condition number 10. |
| | On July 7, 2021, during a home contact, the undersigned observed a large knife, approximately 6 inches in length, that had brass knuckles attached to it, in Mr. Seymore's bedroom. This item was confiscated. Mr. Seymore later acknowledged the weapon was in his room, but denied ownership of it. |

It should be noted that Mr. Seymore was warned on two other occasions about possession of dangerous weapons. On March 9, 2021, two large knives were located in his bedroom and his aunt agreed to dispose of them. On May 4, 2021, a baton was confiscated from his vehicle

2     **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete as approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: It is alleged that Adrian Seymore violated the terms of his supervised release by failing to attend substance abuse treatment with Pioneer Human Services (PHS), on or about June 14 and July 13, 2021.

On February 10, 2020, supervision commenced in this matter. That same day, Mr. Seymore appeared for a supervision intake. The conditions of supervision were reviewed with him. He signed his judgment acknowledging an understanding of the conditions imposed by the Court, to include the above noted special condition number 3.

PHS reported that on June 14 and July 13, 2021, Mr. Seymore failed to appear for his substance abuse treatment group as scheduled.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/15/2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS
[ ] No Action
[x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

July 15, 2021
Date