PROB 12C
(6/16)

Report Date: July 19, 2021

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 19, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Adrian Laroy Seymore | Case Number: 0980 2:16CR00211-TOR-1 |
| Address of Offender: ███████████, Chattaroy, Washington 99003 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: November 7, 2017 | |
| Original Offense: Cyberstalking, U.S.C. §§ 2261A (2)(A) & 2261(b)(5) | |
| Original Sentence: Prison - 46 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: James Goeke | Date Supervision Commenced: February 10, 2020 |
| Defense Attorney: John McEntire, IV | Date Supervision Expires: February 9, 2023 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 07/15/2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Adrian Seymore violated the terms of his supervised release by testing positive for methamphetamine on or before July 9, 2021. |
| | On February 10, 2020, supervision commenced in this matter. That same day, Mr. Seymore appeared for a supervision intake. The conditions of supervision were reviewed with him. He signed his judgment acknowledging an understanding of the conditions imposed by the Court, to include the above-noted special condition number 5. |
| | On July 1, 2021, a sweat patch was applied to Mr. Seymore's arm. On July 9, 2021, the sweat patch was removed from his arm and sent to the Clinical Reference Laboratory (CRL). On July 16, 2021, the results from the sweat batch came back as positive for methamphetamine. |

Prob12C
Re: Seymore, Adrian Laroy
July 19, 2021
Page 2

| | | |
|---|---|---|
| | 4 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Adrian Seymore violated the terms of his supervised release by testing positive for marijuana on or before July 9, 2021.

On February 10, 2020, supervision commenced in this matter. That same day, Mr. Seymore appeared for a supervision intake. The conditions of supervision were reviewed with him. He signed his judgment acknowledging an understanding of the conditions imposed by the Court, to include the above-noted special condition number 5.

On July 1, 2021, a sweat patch was applied to Mr. Seymore's arm. On July 9, 2021, the sweat patch was removed from his arm and sent into the Clinical Reference Laboratory (CRL). On July 16, 2021, the results from the sweat patch came back as positive for marijuana.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/19/2021

s/Joshua Schull

Joshua Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
United States District Judge

July 19, 2021
Date