PROB 12C
(6/16)

Report Date: May 18, 2022

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 18, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Adrian Laroy Seymore | Case Number: | 0980 2:16CR00211-TOR-1 |
| Address of Offender: | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉, Chattaroy, Washington 99003 | | |
| Name of Sentencing Judicial Officer: | The Honorable Thomas O. Rice, U.S. District Judge | | |
| Date of Original Sentence: | November 7, 2017 | | |
| Original Offense: | Cyberstalking, 18 U.S.C. §§ 2261A (2)(A) & 2261(b)(5) | | |
| Original Sentence: | Prison - 46 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (September 1, 2021) | Prison - 8 Months; TSR - 28 Months | | |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: | March 18, 2022 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: | July 17, 2024 |

## PETITIONING THE COURT

**To issue a WARRANT.**

On March 21, 2022, Mr. Adrian Laroy Seymore signed his conditions relative to case number 2:16CR00211-TOR-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Adrian Seymore is alleged to have violated mandatory condition number 1 by engaging in conduct constituting Harassment, in violation of R.C.W. 9A.46.020, a gross misdemeanor, on or about April 2, 2022.<br><br>Specifically, on April 11, 2022, the undersigned officer received a phone call from a deputy with the Stevens County Sheriff's Office who indicated that he had taken a report of alleged harassment from two concerned community members who cited the client's continued attempts to contact them. The deputy advised that he had reviewed the evidence, and while he did not find any direct threats, he indicated that he would be formalizing a report to the prosecutor's office for their review of applicable charges. The deputy committed to providing the report, but ultimately failed to do so in a timely manner. |

Prob12C
**Re: Seymore, Adrian Laroy**
**May 18, 2022**
**Page 2**

On May 17, 2022, the report as outlined was received by the U.S. Probation Office in Spokane, which memorializes the deputies investigation into the client's alleged harassment. Specifically, the report notes one of the text messages from the client to one of the alleged victims indicating that "this will never stop." The parties further advised of being in fear of Adrian due to the parties knowing "what he is capable of." The report concludes by acknowledging that the client has attempted to contact one of the victims "many times and at different times of the day." The report notes the deputies having taken the report on April 2, 2022.

The U.S. Probation Office in Spokane has subsequently learned that a warrant has been issued due to the client's previous failure to appear for a hearing in this matter previously set on May 9, 2022.

2  **Standard Condition # 13**: You must follow the instructions of the officer related to the conditions of supervision.

**Supporting Evidence**: Mr. Seymore is alleged to have violated standard condition number 13 by failing to contact the U.S. Probation Office as directed on May 13, May 16, and May 17, 2022, as directed and by failing to report to the U.S. Probation Office in Spokane on May 13, 2022, as directed.

Specifically, on May 11, the undersigned officer learned of the client's May 9, 2022, issued warrant for his arrest with regard to his alleged charge for harassment. On May 13, 2022, at approximately 8:25 a.m. the undersigned left both a voice mail for and sent a text message to the client requesting contact to address this concern. After not hearing from the client, the undersigned officer again left the client a voice mail and sent the client a text message at approximately 2:20 p.m. on the day in question both directing the client to contact the undersigned officer as soon as possible and to report to the U.S. Probation Office on the day in question for urinalysis testing. Mr. Seymore subsequently failed to contact the undersigned officer or report as directed.

On May 16, 2022, at 9:29 a.m., a U.S. probation officer in Spokane left another voice mail for the client requesting contact. At 9:30 a.m. the client's girlfriend was able to be contacted by the officer, and advised that she was concerned about the client as he had not been traveling to work. The contact further indicated that the client had advised her that he had reached out to this officer and that everything "was fine." It should be noted that Mr. Seymore at no time reached out to the undersigned officer as required, or as suggested during this time period, or as occurring since the initial request made on May 13, 2022.

On May 17, 2022, the undersigned officer again attempted contact with Mr. Seymore telephonically, although it was noted that his phone went straight to voice mail after which an automated message was received indicating that the client's voice mailbox was full and could not accept new messages. The undersigned officer again sent a text message to the client requesting contact prior to 1 p.m. that date. As of the date of this report no communication has been received from Mr. Seymore. As a result, Mr. Seymore's current level of compliance within the community is unknown to the U.S. Probation Office.

3  **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

Prob12C
Re: Seymore, Adrian Laroy
May 18, 2022
Page 3

**Supporting Evidence**: Mr. Seymore is alleged to have violated special condition number 5 by failing to attend random urinalysis testing with the contract provider on May 16, 2022, when his assigned color was called.

Specifically, Mr. Seymore has been previously informed by the undersigned officer as to his assignment to the urinalysis testing color line in Spokane. Mr. Seymore is aware that he is to call the color line daily to listen for his assigned color and then report to the provider on the day in question for testing. On May 17, 2022, the undersigned officer received notification from the contract provider that the client failed to appear for random urinalysis testing with the contract provider as previously occurring on May 16, 2022, when his assigned color was called.

The U.S. Probation Office respectfully recommends the Court **issue a WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 18, 2022

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

May 18, 2022
Date