PROB 12C
(6/16)

Report Date: May 25, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 25, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Adrian Laroy Seymore    Case Number: 0980 2:16CR00211-TOR-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Spokane, WA 99260

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: November 7, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Cyberstalking, 18 U.S.C. §§ 2261A (2)(A) & 2261(b)(5) | | |
| Original Sentence: | Prison - 46 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (September 1, 2021) | Prison - 8 Months; TSR - 28 Months | | |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: | March 18, 2022 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: | June 17, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/18/2022.

On March 21, 2022, Mr. Adrian Laroy Seymore signed his conditions relative to case number 2:16CR00211-TOR-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: Mr. Adrian Seymore is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on or about May 24, 2022, based on both urinalysis testing and the client's admission of such use. |
| | Specifically, on May 24, 2022, Mr. Seymore sent a text message to the undersigned officer, following which the undersigned officer contacted Mr. Seymore telephonically and directed him to report to the U.S. Probation Office on the day in question. As a part of the call, Mr. Seymore was directed to be prepared to submit to urinalysis testing. Mr. Seymore |

Prob12C
Re: Seymore, Adrian Laroy
May 25, 2022
Page 2

subsequently reported as directed and did submit to urinalysis testing. Mr. Seymore denied illicit drug use prior to testing. The urinalysis sample provided reflected as presumptive positive for both amphetamine and methamphetamine. Mr. Seymore denied any such use on several occasions, indicating he would prefer that this officer simply send the test to the laboratory for confirmation.

The undersigned officer encouraged the client to remain honest with this officer and reminded him that he had previously committed to doing so. To Mr. Seymore's credit, he ultimately admitted to ingesting methamphetamine, previously occurring on or about May 20, 2022. Mr. Seymore indicated it is difficult for him to trust others.

5      **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Mr. Seymore is alleged to have violated standard condition number 5 by living at a place of residence other than what he had reported to the U.S. Probation Office, beginning on or about May 13, 2022, based on collateral information and the client's own admission of such conduct.

Specifically, on May 13, 2022, Mr. Seymore's previous sponsor was contacted who indicated that the client had not consistently been staying at the residence. The party further elaborated that the client presented at the residence briefly on Wednesday, but indicated she thought the client may be staying with his sister in Spokane. The contact was unaware of the parties' address.

On May 24, 2022, Mr. Seymore sent a text message to the undersigned officer, following which the undersigned officer contacted Mr. Seymore telephonically and directed him to report to the U.S. Probation Office on the day in question. At that time, Mr. Seymore was questioned as to his current residency. Mr. Seymore ultimately admitted to currently residing with his mother, and requested to begin residing with his sister. Mr. Seymore admitted to not previously advising this officer about the change in residency and apologized for not keeping this officer better updated. Mr. Seymore indicated that his previous sponsor's residence was no longer a viable option for him.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 25, 2022

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
Re: Seymore, Adrian Laroy
May 25, 2022
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Thomas O. Rice
United States District Judge

May 25, 2022
Date