PROB 12C
(6/16)

Report Date: October 5, 2022

## United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 05, 2022

SEAN F. McAVOY, CLERK

for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Adrian Laroy Seymore | Case Number: 0980 2:16CR00211-TOR-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99205 | |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: November 7, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Cyberstalking, 18 U.S.C. §§ 2261A (2)(A) & 2261(b)(5) | | |
| Original Sentence: | Prison - 46 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (September 1, 2021) | Prison - 8 Months; TSR - 28 Months | | |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: | March 18, 2022 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: | July 17, 2024 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/18/2022, and 05/25/2022.

On March 21, 2022, Mr. Adrian Laroy Seymore signed his conditions relative to case number 2:16CR00211-TOR-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: Mr. Adrian Seymore is alleged to have violated mandatory condition number 3 by ingesting amphetamine and/or methamphetamine on or about September 14, 2022, based on sweat patch testing. |
| | Specifically, on September 14, 2022, Mr. Seymore reported to the U.S. Probation Office in Spokane, as directed, at which time a sweat patch was applied to Mr. Seymore's left upper arm. On September 20, 2022, Mr. Seymore reported for sweat patch removal and the sample was collected by the undersigned officer and forwarded to the lab for processing. Mr. |

Prob12C  
Re: Seymore, Adrian Laroy  
October 5, 2022  
Page 2

Seymore denied that he had ingested illicit substances during the time frame in which the sweat patch had been applied. On September 30, 2022, the lab reported was received specific to the specimen referenced, in which the sample was confirmed to be positive for both amphetamine and methamphetamine.

On October 4, 2022, Mr. Seymore again reported to the U.S. Probation Office and was confronted as to his use of the substances identified in the lab report during the time period referenced. He again denied that any such use had occurred.

7    **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: Mr. Adrian Seymore is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on or about September 29, 2022, based on the client's admission of such use.

Specifically, on October 3, 2022, while out of the office, the undersigned officer received a text message from the client who indicated he really needed to speak with this officer. Mr. Seymore committed to reporting to the U.S. Probation Office on October 4, 2022.

On October 4, 2022, Mr. Seymore reported as directed and indicated that he wanted to advise the undersigned officer that a current relationship had grown unhealthy and he wished to pursue a no contact order. Mr. Seymore was directed to the Spokane County Sheriff's Office for further information. Mr. Seymore indicated he learned that the party was also active in her use of methamphetamine and stated that on or about September 29, 2022, he had ingested some of her drink while she was not present, which she later advised him had been infused with methamphetamine. Mr. Seymore denied that he was aware of this prior to ingesting the substance, and indicated the incident, in culmination with several others, was why he was now taking efforts to cease his contact with the party. Mr. Seymore indicated that he then became physically ill for several days following his unintentional use of the substance as outlined.

It should be noted, on September 29, 2022, Mr. Seymore additionally reported to Pioneer Human Services in Spokane, where he submitted to random urinalysis testing as required. The sample provided by the client tested presumptive positive for amphetamine and methamphetamine, although the lab results have yet to be received by the U.S. Probation Office. A drug use denial form in which the client signed his name following testing, and in which he denied any use of the substances, was additionally received.

Mr. Seymore indicated that based off of his current admission occurring this date, he was confident that the urinalysis sample submitted on September 29, 2022, would be returned positive for methamphetamine. Mr. Seymore subsequently signed a drug use admission form in which he signed his name ultimately admitting to ingesting methamphetamine, most recently occurring on September 29, 2022, as stated.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

Prob12C
Re: Seymore, Adrian Laroy
October 5, 2022
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 5, 2022

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
United States District Judge

October 5, 2022
Date