PROB 12C
(6/16)

Report Date: October 31, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 31, 2022

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Adrian Laroy Seymore          Case Number: 0980 2:16CR00211-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: November 7, 2017

| | |
|---|---|
| Original Offense: | Cyberstalking, 18 U.S.C. §§ 2261A(2)(A) & 2261(b)(5) |
| Original Sentence: | Prison - 46 Months; TSR - 36 Months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence: (September 1, 2021) | Prison - 8 Months; TSR - 28 Months |
| Asst. U.S. Attorney: | Michael James Austen Ellis |
| | Date Supervision Commenced: March 18, 2022 |
| Defense Attorney: | Lorinda Meier Youngcourt |
| | Date Supervision Expires: July 17, 2024 |

## PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 5/18/2022, 5/25/2022 and 10/5/2022.

On March 21, 2022, Mr. Adrian Laroy Seymore signed his conditions relative to case number 2:16CR00211-TOR-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: Mr. Adrian Seymore is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on or about October 19, 2022, based on urinalysis testing. |
| | Specifically, on October 18, 2022, the undersigned officer received notification from Pioneer Human Services in Spokane, that the client had failed to appear for random urinalysis testing as previously occurring on October 14, 2022, when his assigned color was called. On |

October 18, 2022, both voice mails and text messages were left for and sent to, respectively, both the client's cell phone and tablet directing the client to report on the day in question for urinalysis testing. It should be noted that the client had previously notified the undersigned officer on October 17, 2022, that he had lost his cell phone. Mr. Seymore subsequently failed to report as directed.

On October 19, 2022, the undersigned officer contacted the client's housing provider who subsequently located the client, who then reached out to the undersigned officer telephonically. Mr. Seymore was directed to report to the U.S. Probation office on the day in question for urinalysis testing.

Mr. Seymore subsequently reported as directed and provided a urinalysis sample that reflected as being both presumptive positive for methamphetamine and clearly diluted. Mr. Seymore was confronted as to the initial test result on several occasions, at which time he maintained that he had not faltered in his sobriety and had not intentionally attempted to dilute the sample. Mr. Seymore further indicated that the sample would return from the lab as being negative.

On October 28, 2022, the undersigned officer received the aforementioned lab report from the contract provider which served to confirm the urinalysis sample submitted by the client at the U.S. Probation Office on October 19, 2022, as being both positive for methamphetamine and dilute.

9  **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Adrian Seymore is alleged to have violated special condition number 5 by failing to attend urinalysis testing when his assigned color was called with the contract provider on October 14, 2022.

On October 18, 2022, the undersigned officer received notification that Mr. Seymore had missed random urinalysis testing with the contract provider as previously occurring on October 14, 2022, when his assigned color was called. On October 19, 2022, Mr. Seymore contacted the undersigned officer telephonically and subsequently reported to the U.S. Probation Office in Spokane. Mr. Seymore subsequently submitted a urinalysis sample that tested as being presumptive positive for methamphetamine and was later on October 28, 2022, determined to be both positive for methamphetamine and dilute.

Mr. Seymore denied having intentionally diluted the sample and admitted that he was aware that he has missed scheduled urinalysis testing on October 14, 2022. Mr. Seymore indicated that he had been helping his cousin shuttle vehicles around and that one had broken down on him out of town. Mr. Seymore was questioned as to why he had not attempted to make up the missed appointment or contacted the undersigned officer or the U.S. Probation Office in a timely manner to which he responded "I should have" and "I don't have a good answer for you."

Prob12C
Re: Seymore, Adrian Laroy
October 31, 2022
Page 3

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 31, 2022

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Thomas O. Rice* (signature)

Thomas O. Rice
United States District Judge
October 31, 2022

Date